**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MAIN LINE EXPO INC.,**<br>    *Plaintiff,*<br><br>    **v.**<br><br>**TELUGU ASSOCIATION OF NORTH AMERICA,**<br>    *Defendant.* | **Civil No. 24-1030** |

## ORDER

**AND NOW**, this 17th day of July, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 30) and all corresponding briefing, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** for the reasons stated in the accompanying memorandum. The Clerk of Court is hereby **ORDERED** to close this case.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge